**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21957-CIV-ALTONAGA**

**LAZARO LOPEZ SUAREZ**,

Petitioner,

v.

**MATTHEW MORDANT**, *et al.*,

Respondents.
_______________________________/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. On March 17, 2026, *pro se* Petitioner, Lazaro Lopez Suarez filed a Verified Petition for Writ of Habeas Corpus [ECF No. 1], challenging his detention in the custody of Immigration and Customs Enforcement ("ICE"). (*See generally* Pet.). On March 25, 2026, the Court entered an Order [ECF No. 4], dismissing the Petition as deficient because it was not signed under penalty of perjury by Petitioner or by someone acting On his behalf as required by statute and rule. (*See id.* 1–2); *see also* 28 U.S.C. § 2242; R. Governing § 2254 Cases 2(c)(5) (requiring that petitions "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. [section] 2242" (alteration added)); S.D. Fla. L.R. 88.2(a) (providing that habeas petitions filed under 28 U.S.C. section 2241 must "be signed under penalty of perjury by [the] petitioner" or "by a person authorized to sign it" on the petitioner's behalf (alteration added)).[1]

The Court instructed Petitioner that if he filed an amended section 2241 petition by April 27, 2026, the case would be reopened. (*See* Mar. 25, 2026 Order 3). Further, the Court directed

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

the Clerk of Court to provide Petitioner a copy of the form petition for writ of habeas corpus under 28 U.S.C. section 2241. (*See id.*). To date, Petitioner has not filed an amended petition or requested additional time to do so. (*See generally* Dkt.).

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: Petitioner, *pro se*